**DISMISS and Opinion Filed July 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00346-CV**

**TIFFANNY JONES M.D. AND TJONESIVDMD, PLLC, Appellants**
**V.**
**FRISCO FERTILITY CENTER, PLLC D/B/A/ DALLAS IVF, Appellees**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02739-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Before the Court is appellants' July 25, 2024 unopposed motion to dismiss this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240346F.p05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TIFFANNY JONES M.D. AND
TJONESIVDMD, PLLC, Appellants

No. 05-24-00346-CV       V.

FRISCO FERTILITY CENTER,
PLLC D/B/A/ DALLAS IVF,
Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02739-
2020.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that each party
bear its own costs of this appeal.

Judgment entered July 30, 2024

–2–